FILED
September 04, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
Oyuki Esmeralda Martinez Del Real (1)
Jasmine Cynthia Alvarez Gabaldon (2)

*Defendant(s)*

Case No. **PE: 26-MJ-327**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 8/31/2026 in the county of Presidio in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 USC 1324(a)(1)(A)(v)(I) & (a)(1)(B)(i) | Conspiracy to Violate 1324 - Transporting for Profit |
| 8 USC 1324(a)(1)(A)(ii) & (a)(1)(B)(i) | Bringing in Illegal Aliens - For Profit Transportation of Illegal Aliens |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

ERIC I VALENZUELA Digitally signed by ERIC I VALENZUELA Date: 2026.08.31 16:43:46 -05'00'

*Complainant's signature*

Eric I. Valenzuela , U.S. Border Patrol Agent

*Printed name and title*

Complaint sworn to telephonic ally and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

Date: 9/4/2026

*Judge's signature*

City and state: Pecos,Texas

David B. Fannin, United States Magistrate Judge

*Printed name and title*

# AFFIDAVIT

The Highway 67 Marfa Border Patrol Checkpoint is located approximately four miles south of Marfa, Texas. Highway 67 is a direct route from the United States and Mexico border area and is known to be used for alien and narcotics smuggling.

On August 31, 2026, Border Patrol Agents assigned to Highway 67 Marfa Border Patrol Checkpoint encountered a red Ford F-150. The vehicle was occupied by five individuals: the driver, identified as Oyuki Emeralda Martinez Del Real; the front-seat passenger, identified as Cynthia Jasmine Gabaldon Alvarez; and three male passengers seated in the rear of the vehicle.

At approximately 8:50 a.m., the vehicle entered the primary inspection lane. Martinez Del Real presented what appeared to be a Texas identification card. The primary Agent observed that the card lacked security features consistent with a valid Texas identification card, including appropriate security measures and engraved features. The card was later determined to be counterfeit. Alvarez Gabaldon presented a Texas driver's license and a birth certificate.

The Agent asked the remaining occupants if they possessed immigration documents. The individuals initially appeared not to respond or acknowledge the question. When the Agent repeated the question, the individuals stated they did not have any immigration documents. Based on the totality of the circumstances, Agents placed all subjects under arrest.

After being advised of their Miranda rights, Martinez Del Real and Alvarez Gabaldon were interviewed at the Marfa Border Patrol Checkpoint. During the interview, both admitted they had traveled from Odessa, Texas, to Presidio, Texas, to pick up at least three undocumented noncitizens and transport them to Odessa in exchange for money. Martinez Del Real admitted she was the driver during the failed smuggling attempt and claimed ownership of the vehicle.

Alvarez Gabaldon further stated that she and Martinez Del Real were to be paid $2,100 USD per subject, with the total payment to be split between them. Alvarez Gabaldon also stated that their facilitator deposited $528 USD into Martinez Del Real's bank account as an upfront payment for trip expenses. Alvarez Gabaldon stated they were to receive the remaining payment after the three subjects were delivered to Odessa, Texas.

Eric I. Valenzuela

Border Patrol Agent

David B. Fanin

United States Magistrate Judge